**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Megan McCambridge ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:18-cv-07645 |
| ) | |
| Atlantic Credit and Finance, Inc. ) | Hon. Sharon Johnson Coleman |
| ) | |
| Defendant. ) | |

**DEFENDANT ATLANTIC CREDIT AND FINANCE, INC.'S AGREED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Atlantic Credit and Finance, Inc. ("ACF"), by and through its undersigned counsel, moves for a 28-day enlargement of its time to respond to Plaintiff Megan McCambridge's Complaint until and including January 9, 2019, and states as follows:

1. ACF was served with Plaintiff's Complaint on or about November 21, 2018. ACF's deadline to answer, move, or otherwise plead in response to the Complaint is December 12, 2018.

2. Undersigned counsel was recently retained to represent ACF in this lawsuit. Undersigned counsel requires additional time to investigate the allegations in the Complaint and prepare a response. The parties also plan on utilizing the additional time to attempt to settle this matter before the parties incur potentially unnecessary fees.

3. This motion is not intended to cause unnecessary delay, and none of the parties will be prejudiced if this motion is granted.

4. Counsel for Plaintiff has indicated to undersigned counsel that she is in agreement with the relief requested in this motion.

70417386v.1

For the reasons stated above, Atlantic Credit and Finance, Inc. respectfully requests the Court to enter an order granting an enlargement of time to respond to the Complaint until and including January 9, 2019.

Dated: December 8, 2018 /s/Nicholas D. O'Conner
Douglas R. Sargent
*dsargent@lockelord.com*
Nicholas D. O'Conner
*noconner@lockelord.com*
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: 312-443-0700

2

**CERTIFICATE OF SERVICE**

    I, Nicholas D. O'Conner, an attorney, certify that on December 8, 2018, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system.

                                                               /s/ Nicholas D. O'Conner