UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Megan McCambridge<br>Plaintiff<br><br>v.<br><br>Atlantic Credit and Finance, Inc. a Virginia Corporation<br>Defendant | CASE NUMBER 1:18-cv-07645<br><br>JUDGE: SHARON JOHNSON COLEMAN |

**JOINT NOTICE OF SETTLEMENT
BETWEEN PLAINTIFF AND ATLANTIC CREDIT AND FINANCE, INC.**

Plaintiff, Megan McCambridge, by counsel, and Defendant, Atlantic Credit and Finance, Inc. ("Atlantic"), by counsel, hereby inform this Court that Plaintiff and Atlantic have reached a settlement as to all matters raised by Plaintiff against Atlantic in this action. Plaintiff and Atlantic request this case be dismissed without prejudice for 45 days and convert dismissal to prejudice thereafter.

                                                                                                                Respectfully submitted,

Date: <u>January 9, 2019</u>                                         */s/ Penelope Naomi Bach*
                                                                                      Penelope Naomi Bach
                                                                                      Bach Law Offices
                                                                                      555 Skokie Blvd, Suite 250
                                                                                      Northbrook, IL 60062
                                                                                      Telephone: 847-564-0808
                                                                                      pnbach@bachoffices.com
                                                                                      *Counsel for Plaintiff*

Date: <u>January 9, 2019</u>                                          */s/ Nicholas D, O'Connor*
                                                                                      Nicholas D. O'Conner
                                                                                      Locke Lord LLP
                                                                                      111 S. Wacker Dr.
                                                                                      Chicago, IL 60606
                                                                                      Telephone: 312-443-0494
                                                                                      noconner@lockelord.com
                                                                                      *Counsel for Defendant*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been filed electronically on the 9th Day of January 2019. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

Douglas R Sargent     dsargent@lockelord.com

Nicholas D. O'Conner     noconner@lockelord.com

Paul Mathew Bach     paul@bachoffices.com

Penelope Noami Bach     pnbach@bachoffices.cm

*/s/ Nicholas D. O'Conner*
Nicholas D. O'Conner
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL  60606
Telephone:  312-443-0494
noconner@lockelord.com